# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Sallyin Baker_        _2-26-06_

Signature                         Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name:    _Sally Baker_

Address:    _3849 Randee Lane_

City, State, Zip Code:    _Springfield, OH 45502_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Christina M Barker_
Signature

_4/21/06_
Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Christina M. Barker_

Address: _108 Mariners Circle APT D_

City, State, Zip Code: _Sheffield Lake, Ohio 44054_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Stacia Barnes_
Signature

_02/15/06_
Date of Signing

## P L E A S E   T Y P E   O R   P R I N T   C L E A R L Y

Name: _Stacia Barnes_

Address: _1009 S. Lowry Ave_

City, State, Zip Code: _Springfield, Ohio 45506_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system.  I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries.  Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.


_Maureen Bernard_ _____         _2/17/06_ _____
Signature                                                                        Date of Signing


## P L E A S E   T Y P E   O R   P R I N T   C L E A R L Y


Name: ____MAUREEN   BERNARD_____


Address: ____285  CLEVELAND AVE_____


City, State, Zip Code: ___AMHERST   OHIO   44001_____

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.


_Diane Bishop_____   _2-27-06_____
Signature                                               Date of Signing


## PLEASE TYPE OR PRINT CLEARLY

Name:  Diane Bishop

Address:  6059 Pawnee Dr

City, State, Zip Code:  Cinti, Ohio  45224

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.


_Denise A. Boycik_      _4-21-06_
Signature                        Date of Signing


## PLEASE TYPE OR PRINT CLEARLY

Name: _DENISE A. Boycik_

Address: _9363 GIFFORD Rd_

City, State, Zip Code: _AmHERST, OL 44001_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Sharon K Briggs_ _1/30/06_
Signature             Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Sharon K. Briggs_

Address: _6261 Sandusky Rd._

City, State, Zip Code: _Lima OH 45801_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system.  I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries.  Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.


_____          03/26/06
Signature                                 Date of Signing


### PLEASE TYPE OR PRINT CLEARLY

Name:  Rosalynn A Brubaker

Address:  7410 Frailey Rd

City, State, Zip Code:  Vermilion Oh 44089

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.


Signature _____

Date of Signing  3-17-06


## PLEASE TYPE OR PRINT CLEARLY

Name: Lisa A. Buirley

Address: 7150 Zimmerman Rd

City, State, Zip Code: St Paris OH 43072

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system.  I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries.  Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.


_Linda L Byrd_       _2-13-66_
Signature                              Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Linda S Byrd_

Address: _414 West Dr. P.O. Box 115_

City, State, Zip Code: _Harbor View, OH  43434_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Kimberly M Chaney_                   _Mar. 27, 2006_
Signature                             Date of Signing

## P L E A S E   T Y P E   O R   P R I N T   C L E A R L Y

Name: _Kimberly M Chaney_

Address: _321 Van Buren Ave_

City, State, Zip Code: _Toledo Ohio 43605_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Donna Chang_
Signature

_2/20/06_
Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _DONNA CHANG_

Address: _11791-D RISE LANE_

City, State, Zip Code: _Cincinnati, OH 45246_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Ann Marie Cole_   _2-2-6_
Signature   Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Ann Marie Cole_

Address: _4166 Telegraph Ln_

City, State, Zip Code: _Vermilion  OH  44089_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Dawn R. Corbin_
Signature

_3-6-06_
Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Dawn R. Corbin_

Address: _3966 Odema Dr._

City, State, Zip Code: _Lima OHio 45806_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____         3/16/04
Signature                                Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: David F Corbin SR

Address: 3966 Odema d

City, State, Zip Code: LIMA, oh 45804

## CONSENT TO BE A CLAIMANT UNDER
## THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____      _____
Signature                                                              Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: Tasha M. Cummings

Address: 727 West Martin Luther King #205 W.

City, State, Zip Code: Cinti OH 45220

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Christine A Cumston_
Signature

_4/20/06_
Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Christine D. Cumston_

Address: _2719 Sweetbriar Dr._

City, State, Zip Code: _Sindusky, Oh 44870_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Brenda Ellis_       _2-4-06_

Signature              Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Brenda Ellis_

Address: _1404 Yates St_

City, State. Zip Code: _Toledo Ohio 43608_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Toni Fields_
Signature

_3-11-06_
Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: Toni Fields

Address: 4280 Brownhelm Station Rd.

City, State, Zip Code: Vermilion, Oh. 44089

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.


_Jane Finkbeiner_                    _3/13/06_
Signature                            Date of Signing


### PLEASE TYPE OR PRINT CLEARLY

Name: _JANe Finkbeiner_

Address: _2728 Alisdale Dr. Apt 101_

City, State, Zip Code: _Toledo, Ohio 43606_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system.  I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries.  Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.


_Edina A French_      _03/02/06_
Signature                   Date of Signing


### PLEASE TYPE OR PRINT CLEARLY

Name: _Edina A. French_

Address: _837 Banker Dr_

City, State, Zip Code: _Springfield Ohio 45505_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____          2/10/06
Signature                                 Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: ___LORI   A. GALE_____

Address: ___4944 BUTLER RD_____

City, State, Zip Code: ___WAKEMAN, OH    44889_____

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Amanda Garrido_
Signature

_4·11·06_
Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: _Amanda Garrido_

Address: _2384 Cardinal Dr._

City, State, Zip Code: _Fairfield, OH 45014_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____        3/15/06
Signature                                Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: Vernal Garuti

Address: 147 Cornell Avenue

City, State, Zip Code: Elyria, Ohio 44035

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Deborah Gresh_
Signature

_2-2-2006_
Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Deborah Gresh_

Address: _5910 Russia Rd_

City, State, Zip Code: _South Amherst, OH  44001_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____     _____
Signature                                                    Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Colleen A. Gresham_____

Address: _3418 Niagara St_____

City, State, Zip Code: _Cincinnati OH 45251_____

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Bernard E. Hall_
Signature

_1-27.06_
Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Bernard Francis Halk Jr_

Address: _550 Lawnview Ave._

City, State, Zip Code: _Spring field, OH. 45505_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____     2/4/06
Signature                            Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Stephanie A. Barney-Harper_

Address: _717 East Main_

City, State, Zip Code: _Ottawa OH 45875_

## CONSENT TO BE A CLAIMANT UNDER
## THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____      3-26-06
Signature                                                    Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name:    Tina Holsapple

Address:    3605 Meadow Ave

City, State, Zip Code:    Cinti  Ohio  45211

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____
Signature

_____
2-23-06
Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: Clara Howdyshell

Address: 1926 S. Center Blvd

City, State, Zip Code: Springfield Oh. 45506

## CONSENT TO BE A CLAIMANT UNDER
## THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____          4/9/06
Signature                                 Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: _Caroletta James_____

Address: _11141 Mandalu Drive_____

City, State, Zip Code: _Cinh, OH 45240_____

## CONSENT TO BE A CLAIMANT UNDER
## THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Bobbie Jennings_
Signature

_4/27/06_
Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: _Bobbie Jennings_

Address: _6036 Pawnee Dr_

City, State, Zip Code: _Cincinnati, Ohio 45224_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Delaine Johnson_
Signature

_1-28-06_
Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _DELAINE JOHNSON_

Address: _1515 W. 23 Street_

City, State, Zip Code: _Lorain, OH  44052_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____    _3- 7-06_____
Signature                           Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: _Joseph Dennis (Johnson)_____

Address: _1430 Broadway St._____

City, State, Zip Code: _Springfield Oh. 45504_____

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____          03-13-06
Signature                                 Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _____ ANN M JUSTICE _____

Address: _____ 8812 W. Ridge Rd _____

City, State, Zip Code: _____ ELYRIA Oh 44035 _____

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____     _____
Signature                                                          Date of Signing
                                                                          1-24-06

## PLEASE TYPE OR PRINT CLEARLY

Name:     Laura Lacey

Address:     9499 Baumhart Rd

City, State, Zip Code:     Amherst, OH 44001

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Harriet D Lindsay_

Signature

_4 | 25 | 2006_

Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Harriet Lindsay_

Address: _2489 Lourdes Ln_

City, State, Zip Code: _Cincinnati OH 45238_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Pamela F. Songlott_
Signature

_1-26-06_
Date of Signing


## PLEASE TYPE OR PRINT CLEARLY

Name:  _PAmelA  F.  Longlott_

Address:  _861  N. MAIN  ST._

City, State, Zip Code:  _LimA, OH  45801_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Brennetta Luther_
Signature

_4-26-06_
Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Brennetta Luther_

Address: _11601 Pippin Rd_

City, State, Zip Code: _Cincinnati, OHIO 45231_

## CONSENT TO BE A CLAIMANT UNDER
## THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Stephanie Mayweather_     _1/25/06_
Signature                               Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: _Stephanie Mayweather_

Address: _104 Rosetta ct_

City, State, Zip Code: _Cincinnati, Ohio 45246_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____          4-22-06
Signature                                 Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Dawn M. McMullen_

Address: _1631 Kedron St_

City, State, Zip Code: _Toledo, Ohio 43605_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____       _____
Signature                              Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name:  Cynthia Ann McNamara

Address:  521 Reading Drive

City, State, Zip Code:  Springfield, Ohio  45505

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Lois McNulty_
Signature

_4-21-06_
Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Lois McNulty_

Address: _3819 Reserve Trail_

City, State, Zip Code: _Lorain, OH 44053_

## CONSENT TO BE A CLAIMANT UNDER
## THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Kathleen M Nealon_                    _4/21/06_
Signature                                  Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: _Kathleen M. Nealon_

Address: _264 Richland Drive_

City, State, Zip Code: _Avon Lake OH 44012_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____        _2/1/06_____
Signature                               Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Janice Pachnick_____

Address: _250 East 46th Street_____

City, State, Zip Code: _Lorain, Ohio, 44052_____

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

Signature _____       Date of Signing  1-29-06

## PLEASE TYPE OR PRINT CLEARLY

Name: _____BARBARA  J.  PAULCHELL_____

Address: _____2245  GARDENATE  DR._____

City, State. Zip Code: _____Avon,  OH  44011_____

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Lynn M Purse_
Signature

_1/31/2006_
Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _Lynn M Purse_

Address: _720 Forde Ave._

City, State, Zip Code: _Amherst, OH 44001_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Cynthia Reynolds_  _2-10-06_
Signature                              Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: _Cynthia Reynolds_

Address: _814 S. Center Street_

City, State, Zip Code: _Spgld, Ohio 45506_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

     I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system.  I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries.  Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.


_____          _____
Signature                                                              Date of Signing  2/27/06


### PLEASE TYPE OR PRINT CLEARLY

Name:  Elba Rivera

Address:  47510 middle Ridge Road, Apt. E-16

City, State, Zip Code:  Amherst, Ohio  44001

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Judith D. Rodgers_
Signature

_2/20/06_
Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _JUDITH D. RODGERS_

Address: _10089 SHOREY RD._

City, State, Zip Code: _SOUTH VIENNA, OH 45369_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.


_Victoria Roosen_                           _3-1-06_
Signature                                   Date of Signing


### PLEASE TYPE OR PRINT CLEARLY

Name:   _VICTORIA ROOSEN_

Address:  _3516 LIBERTY_

City, State, Zip Code:  _VERMILION, OHIO 44089_

## CONSENT TO BE A CLAIMANT UNDER
## THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system.  I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries.  Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Nichole M. Sabine_       _2-8-06_
Signature                                   Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: _Nichole M. Sabine_

Address: _49503 Garfield Rd._

City, State, Zip Code: _Oberlin OH 44074_

## CONSENT TO BE A CLAIMANT UNDER
## THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____
Signature

_____
Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: Kathleen Scott

Address: 139 Mallard Creek Run

City, State, Zip Code: Lagrange, Ohio 44050

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____     _____2/21/06_____
Signature                                         Date of Signing

### P L E A S E   T Y P E   O R   P R I N T   C L E A R L Y

Name: _____MICHAELA E. Silver_____

Address: ____105 Trenton Pl_____

City, State, Zip Code: ____Springfield OH  45504____

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Darlene S. Smith RN._                     _2/28/06_
Signature                                   Date of Signing


PLEASE TYPE OR PRINT CLEARLY

Name: _Darlene J Smith RN_

Address: _13815 Riley Road_

City, State, Zip Code: _Milan, Ohio 44846_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____*Mary Smyth*_____       _____*2-8-06*_____
Signature                                     Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name:    *MARY SMYTH*

Address:    *5591 BISCAYNE AVE.*

City, State, Zip Code:    *CINCINNATI OHIO 45248*

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____        2-15-06
Signature                               Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: Therese M Snow

Address: 717 Fairbanks Ave.

City, State, Zip Code: Cincinnati, Ohio 45205

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____          _____3/1/06_____
Signature                                 Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name:   _CARRIE  R STEMPOWSKI_____

Address:   _314 TAYLOR STREET_____

City, State, Zip Code:   _Amherst, Ohio 44001_____

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Nancy L. Thacker_                    _2-7-06_
Signature                              Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name:  _Nancy L. Thacker_

Address:  _2824 Cavins Dr._

City, State, Zip Code:  _Springfield, Ohio   45503_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_James Thomas_     _2 - 7 - 06_
Signature                            Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: James Thomas

Address: 843 Holyoke Dr.

City, State, Zip Code: Cincinnati OH 45240

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____        4-6-0φ
Signature                               Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _____CYNDi____THomiN_____

Address: __980 RED TAILED LANE_____

City, State, Zip Code: __AMHERST OH 44001_____

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Karen J. Tucker_
Signature

_3/23/06_
Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _KAREN J. TUCKER_

Address: _1833 Berkshire Pl_

City, State, Zip Code: _Toledo OH 43613_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____     4-21-06
Signature                                                      Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name: _____Katherine S. Turner_____

Address: _____2409  E. 33rd St._____

City, State, Zip Code: ____Lorain  OH  44055.____

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_____          ___1/27/06___
Signature                                 Date of Signing

### PLEASE TYPE OR PRINT CLEARLY

Name: _____Peggy Vaughn_____

Address: _____3527 Alamosa Drive_____

City, State, Zip Code: ___Cincinnati, Ohio 45251___

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

_Dale Vogt_

Signature

_2-21-06_

Date of Signing

## PLEASE TYPE OR PRINT CLEARLY

Name:  _DAle    VogT_

Address:  _1127  N. ElizAbeTh ST_

City, State, Zip Code:  _LimA    OH    45801_

# CONSENT TO BE A CLAIMANT UNDER
# THE FAIR LABOR STANDARDS ACT ("FLSA")

I am or have been an employee at a health care facility that is part of the Catholic Healthcare Partners system. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against Catholic Healthcare Partners, its regional subsidiaries and/or the hospitals or facilities owned and operated by its subsidiaries. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.


_Betty White_                          _3-3-06_
Signature                               Date of Signing


### PLEASE TYPE OR PRINT CLEARLY

Name: _Betty J. White_

Address: _2650 Houston Rd_

City, State, Zip Code: _Cincinnati  Oh  45231_

A SCANNED COPY

G-17-06

JUL 1 8 2005