UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LORI GALE, ET AL., | ) | CASE NO. 1:06CV1776 |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) | |
| CATHOLIC HEALTHCARE PARTNERS, ET AL., | ) | ORDER |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Defendants' Motion for Reconsideration of Order Regarding Page Limitation as to Opposition Brief, and Alternatively, Motion for Extension of Time to File Brief Within Ordered Page Limit. The Court grants in part, Defendants' Motion and orders Defendants Brief not exceed 40 pages in length. In addition, the Court grants Defendants until Friday July 27, 2007 to file their Brief in Opposition. Plaintiffs' Reply Brief shall be due no later than August 10, 2007.

IT IS SO ORDERED.

FILED
JUL 20 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

CHRISTOPHER A. BOYKO
United States District Judge